IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

FEB 0 7 2007

OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR392 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARIA LUCIA GUTIERREZ DE NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the United States' Application for Writ of Habeas Corpus Ad Prosequendum. (Filing No. ____).

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued.

DATED this ___7___ day of February, 2007

F.A. GOSSETT III
United States Magistrate Judge

1 cert copy USA, USM          Writ issued 2/7/07