IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:06CR392 |
| vs. | ) | |
| | ) | ORDER |
| **MARIA LUCIA GUTIERREZ De NUNEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for extension of time to file pretrial motions [29]. This deadline expired on January 4, 2007, long before defendant filed the earlier Motion to continue trial which was granted by Magistrate Judge Thalken. *See* Filings Nos. 19 & 20.

I find that the defendant has not shown good cause for the requested continuance.

**IT IS ORDERED** that defendant's motion for extension of time to file pretrial motions [29] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) business days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

**DATED February 15, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**